**JS–6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE ALAN<br><br>            Plaintiff(s),<br><br>      v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br><br><br>            Defendant(s). | CASE NO:<br>2:15–cv–09174–FMO–AJW<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within <u>60</u> **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: January 6, 2016         /s/ *Fernando M. Olguin*
                               Fernando M. Olguin
                               United States District Judge